IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBT BUYERS' ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| JOHN W. SNOW, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF DEBT BUYERS' ASSOCIATION'S**
**LOCAL RULE 7.1 CERTIFICATION**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

We, the undersigned counsel of record for Plaintiff Debt Buyers' Association, certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Debt Buyers' Association which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Deborah J. Israel (D.C. Bar. No. 430841)
Louis J. Rouleau (D.C. Bar No. 471654)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005
Tel: (202) 467-6900
Fax: (202) 467-6910

*Counsel for Plaintiff Debt Buyers' Association*

Of Counsel:

Howard N. Solodky, Esq.
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005
Tel: (202) 467-6900
Fax: (202) 467-6910

2