## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEBT BUYERS' ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| JOHN W. SNOW, Secretary | ) | |
| of the Treasury, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF DEBT BUYERS' ASSOCIATION'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING

Plaintiff Debt Buyers' Association ("DBA"), on behalf of its members, by its undersigned counsel and pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, hereby moves this Court for a Temporary Restraining Order and/or Preliminary Injunction retraining and enjoining Defendants, John W. Snow, Secretary of the Treasury, and Mark W. Everson, Commissioner of Internal Revenue (collectively, "Defendants"), from enforcing Treasury Regulation § 1.6050P-2(e) with respect to DBA's members. Treasury Regulation §1.6050P-2(e) was promulgated by Defendants under Section 6050P of the Internal Revenue Code of 1986, 26 U.S.C. § 6050P ("Code"), which imposes information reporting requirements with respect to discharge of indebtedness. Section 6050P applies to DBA's members by virtue of Treas. Reg. § 1.6050P-2(e) and compels DBA's members to furnish to delinquent borrowers discharge of indebtedness information on IRS Form 1009-C by no later than January 31, 2006 -- less than two weeks from the filing of this Motion. Treasury Regulation § 1.6050P-2(e) is

unconstitutional, unlawful, and unenforceable, and its enforcement will cause continuous and irreparable harm to DBA's members.

In support of this Motion, Plaintiff Debt Buyers' Association, respectfully directs the Court's attention to its Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order and/or Preliminary Injunction, the accompanying Declaration of Roger A. Knauf, and exhibits, and the proposed Order submitted simultaneously herewith.

**REQUEST FOR EXPEDITED HEARING**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rules 65.1(d) and 78.1, Plaintiff respectfully requests that this Court schedule a hearing on Plaintiff's Motion for Temporary Retraining Order and/or Preliminary Injunction on or before January 27, 2006, in order to permit the Court to rule on the instant Motion in advance of the January 31, 2006 deadline for furnishing to delinquent borrowers the information statements required under Section 6050P of the Code.  As demonstrated by the accompanying Certificate of Service, Defendants were served by hand delivery with all papers filed by Plaintiff in this matter on January 19, 2006.  Because Defendants must serve and file their oppositions "within five days after service of the [Motion]," *see* LcvR 56.1(c), Defendants will not be prejudiced by a hearing

on January 27, 2006.  The circumstances compelling the filing of this Motion support and justify

the Request for Expedited Hearing.

Respectfully submitted,

_____
Deborah J. Israel (D.C. Bar. No. 430841)
Louis J. Rouleau (D.C. Bar No. 471654)
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005
Tel: (202) 467-6900
Fax: (202) 467-6910
*Counsel for Plaintiff Debt Buyers'*
*Association*

Of Counsel:

Howard N. Solodky, Esq.
Alida M. Dagostino, Esq.
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005
Tel: (202) 467-6900
Fax: (202) 467-6910

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2006, a true and correct copy of the foregoing Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction, Memorandum of Points and Authorities in support thereof, Certificate of Counsel, and proposed Order were served simultaneously with the Complaint filed in this matter, which Complaint was served via hand delivery and certified mail this same day, upon the following:

> John W. Snow
> Secretary of the Treasury
> United States Department of the Treasury
> 1500 Pennsylvania Avenue, N.W.
> Washington, D.C. 20220
>
> and
>
> Mark W. Everson
> Commission of Internal Revenue
> Internal Revenue Service
> 1111 Constitution Avenue, N.W.
> Washington, D.C. 20220

_____
Deborah J. Israel, Esq.