IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEBT BUYERS' ASSOCIATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. _____ |
| JOHN W. SNOW, Secretary of the Treasury, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF COUNSEL

Counsel for Plaintiff Debt Buyers' Association, Womble Carlyle Sandridge & Rice, PLLC, pursuant to Local Civil Rule 65.1(a), hereby certifies that a copy of Plaintiff's Complaint for Declaratory and Injunctive Relief and Summons, Motion for Temporary Restraining Order and/or Preliminary Injunction, Memorandum of Points and Authorities in Support thereof, including all Exhibits, and proposed Order were served **by hand delivery** and **by certified mail**, in accordance with Federal Rule of Civil Procedure 4(i)(2)(A), on this **19th day of January**

**2006**, to all adverse parties; specifically, to Defendants John W. Snow, Secretary of the Treasury, and Mark W. Everson, Commissioner of Internal Revenue.

Respectfully submitted,

_[signature]_

Deborah J. Israel (D.C. Bar. No. 430841)
Louis J. Rouleau (D.C. Bar No. 471654)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005
Tel: (202) 467-6900
Fax: (202) 467-6910

*Counsel for Plaintiff Debt Buyers'
Association*

Of Counsel:

Howard N. Solodky, Esq.
Alida M. Dagostino, Esq.
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005
Tel: (202) 467-6900
Fax: (202) 467-6910