IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBT BUYERS' ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary )<br>of the Treasury, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06CV00101<br>Judge Colleen Kollar-Kotelly |

## ORDER

**THIS CAUSE** came to be heard on Plaintiff Debt Buyers' Association's Motion for Temporary Restraining Order ("Motion"). Upon hearing argument at a hearing on the Motion on January ___, 2006, and upon consideration of the Motion, its supporting documents, and opposition filed by Defendants John W. Snow, Secretary of the Treasury, and Mark W. Everson, Commissioner of Internal Revenue (collectively referred to as the "government"), and the entire record herein, and the Court having determined that there are just grounds to grant the Motion, it is, therefore, this ___ day of January, 2006, hereby

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order is **GRANTED**; and it is further

**ORDERED** that the government is temporarily and preliminarily enjoined from enforcing the information reporting and filing requirements of Section 6050P of the Internal Revenue Code, 26 (I.R.C.) U.S.C. § 6050P, as against Plaintiff Debt Buyers' Association's members during the pendency of this action; and it is further

**ORDERED** that this matter is set for hearing on Plaintiff's Motion for Preliminary Injunction on _____, 2006.

_____
United States District Court Judge

Copies to:

Deborah J. Israel, Esq.
Louis J. Rouleau, Esq.
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., 7th Floor
Washington, DC 20005

John W. Snow, Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Mark W. Everson, Commissioner
 of Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224