# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBT BUYERS' ASSOCIATION** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Electronic Filing** |
| | ) **Civil Action No. 06-0101(CKK)** |
| | ) |
| | ) |
| **JOHN W. SNOW, Secretary of the Treasury, et. al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2006, I caused the foregoing Praecipe to be served on counsel of record via the Court's ECF system.

<div style="margin-left:40%;">

_____/s/_____

MERCEDEH MOMENI, D.C.
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

</div>