# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBETTA S. JOHNSTON, individually and on behalf of a class | ) ) | 06 C 0013 |
| Plaintiff, | ) ) | Judge Gettleman |
| v. | ) ) | |
| ARROW FINANCIAL SERVICES, LLC; | ) ) | **JURY DEMANDED** |
| Defendant. | ) ) | |

## NOTICE OF MOTION

**TO:**
Arrow Financial Services, LLC
5996 W. Touhy
Niles, Illinois 60714

   **PLEASE TAKE NOTICE** that on **Wednesday, January 18, at 9:15 a.m.,** we shall appear before the Honorable Judge Gettleman in Room 1703 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion for Leave to File an Amended Complaint,** which was electronically filed using the CM/ECF system, a copy of which was sent to you via U.S. Mail.

        s/ Curtis C. Warner
        Curtis C. Warner

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Curtis C. Warner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, certify that on **January 11, 2005**, I electronically filed the foregoing notice of motion, the motion and accompanying appendix and exhibits with the Clerk of the Court using the CM/ECF system, a copy of which was sent via U.S. Mail to:

Arrow Financial Services, LLC
5996 W. Touhy
Niles, Illinois 60714

s/Curtis C. Warner<br>Curtis C. Warner

| | |
|---|---|
| Daniel A. Edelman | courtecl@aol.com |
| Cathleen M. Combs | ccombs@edcombs.com |
| James O. Latturner | jlatturner@edcombs.com |
| Curtis C. Warner | cwarner@edcombs.com |

EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBETTA S. JOHNSTON, individually and on behalf of a class | ) ) | 06 C 0013 |
| Plaintiff, | ) ) | Judge Gettleman |
| v. | ) ) | |
| ARROW FINANCIAL SERVICES, LLC; | ) ) | **JURY DEMANDED** |
| Defendant. | ) | |

<u>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**</u>

Plaintiff Roberta S. Johnston respectfully requests leave to file an amended complaint, the text of which is appended hereto as <u>Appendix 1</u>.

The grounds for this motion are as follows:

1.    The Complaint in this matter was filed on January 3, 2006.

2.    Plaintiff is entitled to file an amended complaint as of right to add an additional plaintiff and an additional subclass to this class action suit.

3.    The "Federal Rule of Civil Procedure 15(a) provides that a party may amend its complaint once as a matter of course before a responsive pleading is filed." *Camp v. Gregory*, 67 F.3d 1286, 1289 (7th Cir. 1995).

4.    "Parties may be dropped or added by order of the court on motion of any party . . . at any stage of the action and on such terms as are just. FED.R.CIV.P. 21.

5.    The proposed amended complaint seeks to add an additional plaintiff, Georgia Thomas-Marshall f/k/a Georgia Thomas, who was a resident of Illinois at the time she received a similar letter that is the subject of the Complaint.

6.    The proposed amended complaint also adds a subclass of Illinois, Indiana

and Wisconsin residents who received a letter similar to <u>Exhibit A</u> attached to the Amended

Complain that represented "generally" that a cancelled or forgiven debt must be included as

income on the debtor's tax return.

      7.     Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint]

shall be freely given when justice so requires." A district court should only deny a motion to

amend a complaint if there is a substantial reason to do so. *Espey v. Wainwright*, 734 F.2d 748,

750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion

of the district court is not broad enough to permit denial"); *Dussouy v. Gulf Coast Investment*

*Corp.*, 660 F.2d 748, 597 (5th Cir. 1981).

      8.     The proposed amendments will not cause any prejudice to the defendant.

*See Johnson v. Oroweat Foods*, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of

new factual allegations or a change in legal theory only prejudices the defendant if the

amendment is sought shortly before or during trial); *Hely & Patterson Intern v. F.D. Rich*

*Housing*, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice

means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the

opportunity to present facts or evidence which it would have offered had the amendments . . .

been timely"); *Head v. Timken Roller Bearing Co.*, 486 F.2d 870, 873 (6th Cir. 1973)

("amendments should be tendered no later than the time of pretrial . . .").

      WHEREFORE, plaintiff requests this Honorable Court to permit plaintiff leave to

file an amended complaint.

                        Respectfully submitted,
                        /s/ Curtis C. Warner
                        Curtis C. Warner

2

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Curtis C. Warner
EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

# APPENDIX 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBETTA S. JOHNSTON and<br>GEORGIA THOMAS-MARSHALL,<br>f/k/a GEORGIA THOMAS,<br>individually and on behalf of a class | ) )<br>) )<br>) )<br>) )<br>) ) | 06 C 0013 |
| Plaintiffs, | ) ) | Judge Gettleman |
| v. | ) )<br>) ) | |
| ARROW FINANCIAL SERVICES, LLC; | ) )<br>) ) | **JURY DEMANDED** |
| Defendant. | ) ) | |

## AMENDED COMPLAINT – CLASS ACTION

### INTRODUCTION

1.     Plaintiffs Robetta S. Johnston ("Johnston") and Georgia Thomas-Marshall ("Thomas") bring this action to secure redress from unlawful credit and collection practices engaged in by defendant Arrow Financial Services, LLC ("Arrow"). Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### VENUE AND JURISDICTION

2.     This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3.     Venue and personal jurisdiction in this District are proper because Arrow is located within this District.

### PARTIES

4.     Plaintiff Johnston is an individual who resides in Jeffersonville, Indiana.

5.     Plaintiff Thomas is an individual who resides in Gary, Indiana.

6.    Defendant Arrow Financial Services, LLC is a limited liability company chartered under Illinois law with its principal place of business at 5996 W. Touhy Avenue, Niles, IL 60714.

7.    Defendant Arrow Financial Services, LLC acts as a collection agency and also engages in the business of buying bad debts allegedly owed by consumers for a small fraction of face value and enforcing the debts against the consumers.

8.    Defendant Arrow Financial Services, LLC is a "debt collector" as defined in the FDCPA with respect to both purchased debts and debts as to which it is acting as a collection agency.

## FACTS

9.    In early 2005, and within one year prior to the filing of this action, plaintiff Johnston received the collection letter attached as Exhibit A.

10.    In March of 2005, while a resident of Illinois, plaintiff Thomas received the collection letter attached as Exhibit B.

11.    In March of 2005, plaintiff Thomas received the collection letter on Arrow letter head attached as Exhibit C referencing the same account number as listed on Exhibit B.

12.    Exhibit A and Exhibit B purports to be sent by the creditor, Capital One, but requests that the recipient call Arrow.

13.    The only telephone number provided in Exhibit A and Exhibit B, 800-807-3502, is answered by Arrow.

14.    Exhibit A and Exhibit B do not provide any address or telephone number or other means to contact Capital One. The only means of contact provided are for Arrow.

15.    On information and belief, if Arrow did not send Exhibit A and Exhibit B, it knew in advance that Exhibit A and Exhibit B would be sent and consented to its sending, as it had to arrange (a) for the telephone number and (b) that the persons answering that number would have the information necessary to discuss the Capital One accounts with the debtors.

2

16.    On information and belief, Exhibit A and Exhibit B represents a form letter used for the purpose of inducing Capital One debtors to call Arrow.

17.    On information and belief, letters in the form of Exhibit A and Exhibit B are sent only after Arrow has been retained and has contacted the putative debtor for the purpose of collecting the alleged debt.

## VIOLATIONS COMPLAINED OF

18.    Exhibit A and Exhibit B represent a communication from Arrow.

19.    15 U.S.C. §1692a(2) provides that "The term 'communication' means the conveying of information regarding a debt directly or indirectly to any person through any medium."

20.    15 U.S.C. §1692e provides:

**§ 1692e.    False or misleading representations [Section 807 of P.L.]**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

**(10)    The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.**

**(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action. . . .**

**(14)    The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization. . . .**

21.    Exhibit A and Exhibit B do not clearly state that it is a communication from a debt collector.

22.    Exhibit A and Exhibit B amounts to the use by Arrow of a name other than

3

the true name of Arrow's business for the purpose of inducing persons to call Arrow.

23.    Exhibit A and Exhibit B amounts to the use by Arrow of a false representation for the purpose of inducing persons to call Arrow.

24.    Exhibit A represents that "generally" a cancelled or forgiven debt must be included as income on the debtor's tax return.

25.    This general statement in Exhibit A is inaccurate in the context of a collection letter on a credit card account.

26.    A settlement of a disputed debt does not result in income.

27.    Further, not collected finance charges, interest, and penalties do not result in income and much of the amounts sought by Arrow are such.

## CLASS ALLEGATIONS

28.    Plaintiffs bring this action on behalf of a class, and Plaintiff Johnston only on behalf of subclass, pursuant to FED.R.CIV.P. 23(a) and 23(b)(3).

29.    The class consists of (a) all individuals in Illinois, Indiana or Wisconsin (b) who were sent a letter (such as but not limited to the exact form of Exhibit A or Exhibit B) on the letterhead of Capital One (c) that seeks to induce communications with Arrow and (d) contains only a telephone number for Arrow and not one for Capital One (e) on or after a date one year prior to the filing of this action, and less than 20 days after the filing of this action.

30.    The subclass consists of (a) all individuals in Illinois, Indiana or Wisconsin (b) who were sent a letter (such as but not limited to the exact form of Exhibit A) on the letterhead of Capital One (c) that represented "generally" that a cancelled or forgiven debt must be included as income on the debtor's tax return (d) on or after a date one year prior to the filing of this action, and less than 20 days after the filing of this action.

31.    The class and subclass are so numerous that joinder of all members is not practicable.  On information and belief, there are at least 40 members of the class.

32.    There are questions of law and fact common to the class, which common

4

questions predominate over any questions relating to individual class members. The predominant common question is whether <u>Exhibit A</u> and <u>Exhibit B</u> violates the FDCPA.

       33.    Plaintiffs' claims are typical of the claims of the class members. All are based on the same factual and legal theories.

       34.    Plaintiffs will fairly and adequately represent the class members. Plaintiffs have retained counsel experienced in class actions and FDCPA litigation.

       35.    A class action is superior for the fair and efficient adjudication of this matter, in that:

         a.    Individual actions are not economically feasible.

         b.    Members of the class are likely to be unaware of their rights;

         c.    Congress intended class actions to be the principal enforcement mechanism under the FDCPA.

       WHEREFORE, the Court should enter judgment in favor of plaintiffs and the class and against defendant for:

       (1)    Statutory damages;

       (2)    Attorney's fees, litigation expenses and costs of suit;

       (3)    Such other and further relief as the Court deems proper.

s/ Daniel A. Edelman<br>
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Curtis C. Warner
EDELMAN, COMBS, LATTURNER
   & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

5

# EXHIBIT A

**Limited-time offer:**
*Settle your account for
a portion of what you
currently owe ...*

**But you must call
by 4/30/2005!**

# BWNGLJJ
#8920091188921# 002 001
Robetta S R Johnston

ADDRESS
REDACTED

RE: Your Capital One account number (REDACTED)

Dear Robetta S R Johnston,

*Don't miss out,
this offer expires
4/30/2005*

At Capital One,\* we want to work with you to help you pay off the outstanding balance on your charged-off credit card account. In fact, if you simply call the solutions team at 1-800-807-3502 before this offer expires on 4/30/2005, they can help you settle this debt for as little as 40% of the balance.\*

*Settle this debt for
as little as 40%
of the balance*

This is your opportunity to settle this debt for a portion of your balance. Plus, when you fulfill on this offer we will let the credit bureaus know that your charged-off debt has been paid by settlement.

Dealing with delinquent debt is never easy. But the solutions team at Arrow is helpful and courteous. They work with many of our customers every day to resolve these kinds of issues. They can even take a payment by check over the phone. The solutions team would like to help you work toward a better financial situation—but it's important that you call today.

Don't miss out! As long as you haven't yet made a payment or made other arrangements to repay this debt, you're eligible for this settlement offer. Just call toll free 1-800-807-3502 and mention the account number (REDACTED) There is help. And remember—this limited-time offer expires on 4/30/2005, so don't put it off. Call now.

Sincerely,

*Pat M Williams*

Pat M. Williams
Vice President, Credit Services

P.S. This offer expires 4/30/2005 and is only available by phone. Call today.

---

\* If we cancel or forgive a debt you owe of $600 or more, Capital One must provide a 1099-C tax form to you. Generally, you must include the canceled amount in your reported income. See instructions on your tax form.

If you received this communication in the District of Columbia, Iowa, New York City, North Carolina, Texas or Vermont, the following disclosure is required by applicable state (local) law:

This is an attempt to collect a (consumer) debt (claim). Any information obtained will be used for that purpose.

© 2004 Capital One Services, Inc.
Capital One is a federally registered service mark. All rights reserved.

01-0242526                                                                              CRSILS11

# EXHIBIT B

# Call today!

## This opportunity could help you resolve this debt.

**Capital**One

#BWNGLJJ
#8978093999083# 006 001
Georgia G. Thomas

BJB

(ADDRESS)
(REDACTED)

RE: Your Capital One account number (REDACTED) 2704

Dear Georgia G. Thomas,

**Call today**
**1-800-807-3502**

**Build your**
**payment record**

**Stop worrying**
**about this**
**charged-off debt**

We realize circumstances can sometimes make it difficult to manage your finances. That's why we want to help you resolve your charged-off Capital One* account. The good news is you can begin to pay it off simply by calling the solutions team at Arrow

**Find a solution that's right for you. Here's how:**

1) Call 1-800-807-3502. It's the first step toward improving your payment record.

2) You'll be surprised at the range of repayment solutions available to you.

3) Rest assured, these conversations are friendly and helpful.

This opportunity could help you with your situation. And when you call, don't forget to mention the account number (REDACTED) .Call 1-800-807-3502 today!

Sincerely,

*Pat M Williams*

Pat M. Williams
Vice President, Credit Services

If you received this communication in the District of Columbia, Iowa ,New York City,North Carolina,Texas or Vermont, the following disclosure is required by applicable state (local) law:

This is an attempt to collect a (consumer) debt (claim). Any information obtained will be used for that purpose.

© 2004 Capital One Services, Inc.
Capital One is a federally registered service mark. All rights reserved.

CRSILS9

The following applies to any recipient of this letter who is entitled to the protections offered by 11 U.S.C. 362 of the United States Bankruptcy Code: NOTICE: THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY. THIS LETTER IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT, ASSESS OR RECOVER A CLAIM AGAINST YOU THAT AROSE BEFORE THE COMMENCEMENT OF YOUR CASE.

# EXHIBIT C

PO Box 1206
Oaks, PA 19456-1206
2644#29508127#0001#032105



5996 W Touhy Ave, Niles, IL 60714
Pay online at www.arrow-financial.com

**OFFICE HOURS: Central Time**

| | |
|---|---|
| Monday thru Thursday: | 8:00 am - 9:00 pm |
| Friday: | 8:00 am - 5:30 pm |
| Saturday: | 8:00 am - Noon |

Phone Number : 800-807-3502 Ext 2289

March 21, 2005

29508127 - 0001
GEORGIA THOMAS

(ADDRESS)
(REDACTED)

ID Number : 29508127
Re :        CAPITAL ONE SERVICES
Original Creditor Account # : (REDACTED) 2704
Total Current Balance:        (REDACTED)

### PAST DUE BALANCE

Dear GEORGIA THOMAS,

Your account has been sent to our debt collection agency for collection.

Please call us to resolve your account.

Otherwise, remit your payment in full before further collection efforts occur.

Should you have any questions regarding your account, please feel free to contact me at 800-807-3502 Ext 2289.

Unless you notify us within 30 days after receiving this letter that you dispute the validity of the debt or any portion thereof, we will assume the debt is valid. If you notify us in writing within 30 days after receiving this notice that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. Also, upon your written request within 30 days, we will provide you with the name and address of the original creditor if different from the current creditor.

**Important notice required by law:** This agency is engaged in the collection of debts. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

*PHILLIP BOUNTY*
PHILLIP BOUNTY
Account Representative

**Please see reverse side for important information**

✂   PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU!   ✂          2544 - 11722

March 21, 2005

**Please see reverse side if you would like to pay by credit card**

ID Number : 29508127
Re :        CAPITAL ONE SERVICES
Original Creditor Account # : (REDACTED) 2704
Total Current Balance:     (REDACTED)

☐  Please check here if there is a new phone # or
   address change and enter information on reverse side

29508127 - 0001
GEORGIA THOMAS

(ADDRESS)
(REDACTED)

ARROW FINANCIAL SERVICES
5996 W Touhy Ave.
Niles, IL 60714-4610

0029508127 5291151601302704 0001 0000000000 0000090269 000477 7

To authorize a payment through a third-party payment service using your credit card, please fill out the following and return in the enclosed envelope. Pay online at www.arrow-financial.com

Check One: ☐ **Visa**    ☐ **MasterCard**    ☐ **Discover**    ☐ **American Express**

For security purposes, please provide the 3-digit or 4-digit CVV (Customer Verification Value); if you are using an American Express card the 4-digit CVV can be found on the front-right section of your card above the account number. If you are using a Discover, Visa or MasterCard the 3-digit CVV can be found after the account number on the back side of your card.

Card Number

CVV#

Payment Amount                          Expiration Date

Card Holder Name          Signature of Card Holder          Date

Address                          City, State, Zip

Daytime Phone :                    Evening Phone:

---

Make changes to your address and phone number below.

Name

Address

City                    State          Zip Code

Daytime Phone                Evening Phone