IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEBT BUYERS' ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06-cv-00101-CKK |
| | ) | |
| JOHN W. SNOW, Secretary of the | ) | |
| Treasury, and MARK W. EVERSON, | ) | |
| Commissioner of Internal Revenue, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCES

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AT WASHINGTON:

You will please enter the appearances of David A. Hubbert and Jennifer L. Vozne as counsel for defendants in this action. These appearances are in addition to that of Mercedeh Momeni, previously entered.

Date: January 23, 2006.

Respectfully submitted,

  /s/ Jennifer L. Vozne
DAVID A. HUBBERT
JENNIFER L. VOZNE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6555 (202) 514-6866 (fax)
COUNSEL FOR DEFENDANTS

1513735.1

2

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

MERCEDEH MOMENI
Assistant United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing defendants' NOTICE OF APPEARANCES was served upon plaintiff's counsel on the 23d day of January, 2006, by electronic delivery and sending copies First Class mail, postage prepaid, addressed to:

>DEBORAH J. ISRAEL, ESQUIRE
>LOUIS J. ROULEAU, ESQUIRE
>Womble Carlyle Sandridge & Rice
>1401 Eye Street, N.W., 7th Floor
>Washington, DC  20005.

>  /s/ Jennifer L. Vozne
>JENNIFER L. VOZNE