CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing DEFENDANTS' MOTION TO DISMISS and

MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND OPPOSING

MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY

INJUNCTION was caused to be served upon plaintiff's counsel on the 23d day of

January, 2006, by electronic delivery and by depositing a copy thereof in the United

States' mail, postage prepaid, addressed as follows:

> DEBORAH J. ISRAEL, ESQUIRE
> LOUIS J. ROULEAU, ESQUIRE
> Womble Carlyle Sandridge & Rice
> 1401 I Street, NW, 7th Floor
> Washington, DC  20005.


>      /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1514879.1