IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBT BUYERS' ASSOCIATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:06-cv-101 CKK ) |
| JOHN W. SNOW, et al., | ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

Having considered defendants' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's opposition thereto, the Court concludes that the motion to dismiss the complaint ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia

ORDERED that defendants' motion to dismiss the complaint be and is GRANTED;

ORDERED that the complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

DEBORAH J. ISRAEL
LOUIS J. ROULEAU
Womble Carlyle Sandridge & Rice
1401 I Street, NW, 7th Floor
Washington, DC  20005

DAVID A. HUBBERT
JENNIFER L. VOZNE
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

KENNETH L. WAINSTEIN
United States Attorney
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC  20001

1514729.11

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing defendants' proposed ORDER OF DISMISSAL was caused to be served upon plaintiff's counsel on the 23d day of January, 2006, by electronic delivery and by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

>DEBORAH J. ISRAEL, ESQUIRE
>LOUIS J. ROULEAU, ESQUIRE
>Womble Carlyle Sandridge & Rice
>1401 I Street, NW, 7th Floor
>Washington, DC  20005.


 /s/ Jennifer L. Vozne
JENNIFER L. VOZNE