UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBT BUYERS' ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN W. SNOW, Secretary of the Treasury,<br>    *et al.*,<br><br>    Defendants. | Civil Action No. 06–101 (CKK) |

**ORDER**
(January 30, 2006)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 30th day of January, 2006, hereby

ORDERED that [3] Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Expedited Hearing is DENIED; it is also

ORDERED that Defendants' [6, 8] Motion to Dismiss is GRANTED.

                                                  /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge